IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **CHARLES SAMPLES** AND, | § | |
| **ANDREW BRYANT,** INDIVIDUALLY | § | |
| AND ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED | § | |
| | § | |
| PLAINTIFFS, | § | CIVIL ACTION NO. 11-CV-296 |
| | § | |
| V. | § | |
| | § | |
| **ENTERPRISE PRODUCTS** | § | |
| **PARTNERS L.P.** | § | |
| | § | |
| DEFENDANT. | § | |

**DEFENDANT'S NOTICE OF APPEARANCE OF
ADDITIONAL COUNSEL REA FERANDEZ**

Defendant Enterprise Products Partners L.P. ("Enterprise") gives notice to the Court and Plaintiffs that the following attorney is appearing as additional Of Counsel of record for Defendant and for purposes of receiving electronic notices in this cause of action:

> Rea K. Ferandez
> State Bar. No. 24078496
> Federal I.D. No. 1357837
> rferandez@fulbright.com
> 1301 McKinney Street
> Suite 5100
> Houston, Texas 77010
> Telephone: (713) 651-5151
> Facsimile:  (713) 651-5246

M. Carter Crow remains as lead attorney and Nitin Sud and Katherine D. Mackillop remain as Of Counsel for Defendants in this case.  This notice of additional counsel will not result in any unnecessary delays or unfairly prejudice any of the parties.

Respectfully submitted,

/s/ M. Carter Crow with permission RKF
    M. Carter Crow
    State Bar No. 05156500
    Federal I.D. No. 15048
    ccrow@fulbright.com
    Fulbright & Jaworski L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorney-in-Charge for Defendant
Enterprise Products Partner L.L.P.

OF COUNSEL:

Katherine D. Mackillop
State Bar No. 10288450
Federal I.D. No. 1664
kmackillop@fulbright.com
Nitin Sud
State Bar No. 24051399
Federal I.D. No. 611307
nsud@fulbright.com
Rea K. Ferandez
State Bar No. 24078496
Federal I.D. No. 1357837
Fulbright & Jaworski L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

## CERTIFICATE OF SERVICE

This Notice was served in compliance with the Federal Rules of Civil Procedure on the 6th day of March, 2012 via the court's ECF electronic service on the following counsel:

    Michael A. Josephson
    Fibich, Hampton, Leebron, Briggs & Josephson, L.L.P.
    1150 Bissonet
    Houston, Texas 77005

    Richard J. (Rex) Burch
    Bruckner Burch, P.L.L.C.
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046

    /s/ Rea K. Ferandez
    Rea K. Ferandez