UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHARLES SAMPLES and ANDREW BRYANT, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>ENTERPRISE PRODUCTS PARTNERS, L.P.<br><br>Defendant. | § § § § § § § § § § § § § | Docket No. 11-cv-0296<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## ORDER

After having considered the parties Agreed Motion for Stay of Proceedings and the applicable law and facts, the Court hereby GRANTS the Motion. All proceedings in this case are stayed effective immediately.

It is ORDERED that this case is administratively closed pending the conclusion of the parties' mediation and the interlocutory appeal arising out of the following case: *Coffin v. Blessey Marine Services, Inc.*, No. 4:11-cv-00214, S.D. Tex. (Atlas, J.).

DONE at Galveston, Texas, this 11th day of April, 2013.

John R. Froeschner
United States Magistrate Judge

- 1 -